■ In the Matter of STANLEY L. SIEGEL, Admitted as STANLEY LEONARD SIEGEL, an Attorney. — Petition granted only to the extent of referring this matter to the Departmental Disciplinary Committee to hear, report and recommend concerning relevant facts and circumstances surrounding respondent's conviction, and pending receipt of the report, petitioner is suspended from practice as an attorney and counselor at law in the State of New York, effective September 18, 1984, and until the further order of this court. Concur — Sullivan, J. P., Ross, Carro, Milonas and Alexander, JJ.

(September 20, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN RAWLE, Appellant. — Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on March 8, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Asch, Bloom, Fein and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL MAJOR, Appellant. — Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered on September 6, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Asch, Bloom, Fein and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL BERMUDEZ, Also Known as ANGEL ABRAHAM, Appellant. — Appeal from judgment, Supreme Court, Bronx County (Parness, J.), rendered on March 22, 1982, is held in abeyance pending filing of a brief demonstrating conscientious review of the record and notification to defendant of his rights under *People v Saunders* (52 AD2d 833). No opinion. Concur — Sandler, J. P., Sullivan, Carro, Milonas and Alexander, JJ.